```
PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States | CASE NO. 2:16-MJ-0220 DB |
|---|---|
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| Kristopher Deruyter | **UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and arrest warrant affidavit underlying in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: Dec. 22, 2016

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE