1   PHILLIP A. TALBERT
    United States Attorney
2   CAMERON L. DESMOND
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:17-CR-00005-JAM

12                       Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           FINDINGS AND ORDER

14  KRISTOPHER DERUYTER,                   DATE: February 7, 2017
                                           TIME: 9:15  a.m.
15                       Defendant.        COURT: Hon. John A. Mendez

16

17                                **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on February 7, 2017.

21         2.      By this stipulation, defendant now moves to continue the status conference until February

22  28, 2017, and to exclude time between February 7, 2017, and February 28, 2017, under Local Code T4.

23         3.      The parties agree and stipulate, and request that the Court find the following:

24         a)      The government has represented that the discovery associated with this case

25  includes over one hundred pages of computer forensics reports, photographs, and investigative

26  reports.  All of this discovery has been produced directly to counsel.

27         b)      Counsel for defendant desires additional time to conduct investigation and

28  research related to the charges, review discovery, discuss potential resolutions with his client,

    STIPULATION REGARDING EXCLUDABLE TIME            1
    PERIODS UNDER SPEEDY TRIAL ACT

1    and otherwise prepare for trial.

2          c)     Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5          d)     The government does not object to the continuance.

6          e)     Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9          f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10    et seq., within which trial must commence, the time period of February 7, 2017 to February 28,

11    2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12    T4] because it results from a continuance granted by the Court at defendant's request on the basis

13    of the Court's finding that the ends of justice served by taking such action outweigh the best

14    interest of the public and the defendant in a speedy trial.

15        4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

16    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17    must commence.

18        IT IS SO STIPULATED.

19

20

21    Dated:  February 2, 2017               PHILLIP A. TALBERT
                                           United States Attorney

22

23                                          /s/ CAMERON L. DESMOND
                                      CAMERON L. DESMOND
                                      Assistant United States Attorney

24

25

26    Dated:  February 2, 2017               /s/ MATTHEW BOCKMON
                                      MATTHEW BOCKMON
                                      Counsel for Defendant

27                                          Kristopher Deruyter

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1

2

3                           **FINDINGS AND ORDER**

4           IT IS SO FOUND AND ORDERED this 2nd day of February, 2017.

5

6                                      /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
7                                      UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                  3
PERIODS UNDER SPEEDY TRIAL ACT