HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
KRISTOPHER DERUYTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00005-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | |
| KRISTOPHER DERUYTER, | Date: August 1, 2017 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through, Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Kristopher Deruyter that the sentencing hearing, currently scheduled for August 1, 2017, **be continued to September 12, 2017 at 9:15 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

| | |
|---|---|
| The Proposed Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/1/16 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing counsel no later than: | 8/15/16 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/22/16 |

Stipulation and Order to Continue Sentencing
and Briefing Schedule
-1-
*U.S. v. Deruyter, 17-cr-0005-JAM*

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/29/16 |
| Reply, or Statement of Non-Opposition: | 9/5/16 |
| Judgment and Sentencing Date: | 9/12/17 |

This continuance is necessary to accomplish defense counsel's need to obtain additional mitigation evidence in preparation for the sentencing hearing and probation's need to consider that evidence and possibly incorporate it into the Presentence Investigation Report. Additionally, defense counsel has been recently assigned this case and requires more time to review case materials and confer with Mr. Deruyter. The parties agree that a date of September 12, 2017 provides enough time to accomplish these ends and represents the best next date for the sentencing hearing. Probation is aware of this stipulation and has no objection.

Dated: May 19, 2017

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for KRISTOPHER DERUYTER

Dated: May 19, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. Specifically, the Court orders the draft Pre-Sentence Report be disclosed on August 1, 2017, any informal objections due on August 15, 2017, the final Pre-Sentence Report disclosed on August 22, 2017, any formal objections due on August 29, 2017, any replies due on September 5, 2017, and the sentencing hearing reset for September 12, 2017 at 9:15 a.m. before Judge John A. Mendez.

Dated: May 19, 2017 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge