| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, # 297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | KRISTOPHER DERUYTER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-0005-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO ADVANCE BRIEFING SCHEDULE** |
| vs. | ) | |
| KRISTOPHER DERUYTER, | ) | Date: September 12, 2017 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Kristopher Deruyter, that the briefing schedule, be advanced. The new schedule will be as follows:

| | |
|---|---|
| Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 8/8/17 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/15/17 |
| Motion for Correction of the Presentence Report and Sentencing Memorandum shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/22/17 |
| Judgment and Sentencing Date: | 8/29/17 |

Stipulation and Order to Advance Briefing Schedule -1- *U.S. v. Deruyter*, 2:17-cr-0005-JAM

The parties agree that advancing the pre-sentence report briefing schedule still provides enough time for defense counsel to receive and review mitigating information and probation's need to consider that evidence and possibly incorporate it into the Presentence Investigation Report. The parties agree August 29, 2017 represents the best day for the sentencing hearing. Probation Officer Erica Tatum is aware of this stipulation and does not oppose the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2017

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
KRISTOPHER DERUYTER

Date: August 3, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Specifically, the Court orders any informal objections due on August 8, 2017, the final Pre-Sentence Report disclosed on August 15, 2017, any formal objections and sentencing memoranda due on August 22, 2017, and the sentencing hearing reset for August 29, 2017 at 9:15 a.m. before Judge John A. Mendez.

IT IS SO ORDERED.

Dated: August 4, 2017　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge